AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:21-cv-01452-RAJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MCVEA'S TRUCKING COMPANY, LLC
was received by me on *(date)*   10/28/21

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   VICTOR McVEA (REGISTERED AGENT) , who is
designated by law to accept service of process on behalf of *(name of organization)* McVEA'S TRUCKING CO, LLC
20421-94th AVE E, GRAHAM, WA 98338   on *(date)* 11/1/21 @ 1:10 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 70.00 for travel and $ 10.00 for services, for a total of $ 80.00

I declare under penalty of perjury that this information is true.

Date:  11/1/21                                    _Michael W Graham_
                                                       Server's signature

                                          MICHAEL W. GRAHAM / PROCESS SERVER
                                                       Printed name and title

KKWT PROCESS SERVICES
P.O. BOX 4623
SPANAWAY, WA 98387
                                          Server's address    BUS: (253)569-6670

Additional information regarding attempted service, etc: